**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MICHAEL BERRY AND | ) | CASE NO. 15-40643-MGD |
| TONIA BERRY, | ) | |
| | ) | JUDGE DIEHL |
| Debtors. | ) | |

**MOTION BY BOWEN STRAHAN FOR RELIEF FROM STAY**

COMES NOW Bowen Strahan ("Movant") and hereby requests relief from the automatic

stay pursuant to 11 U.S.C. §362(a)(1). In support of his Motion, Movant respectfully shows:

1.

On March 22, 2015, (the "Petition Date") the Debtors filed their petition for relief under the

provisions of Title 11 of the United State Code.

2.

Movant files this Motion to initiate a contested matter under Rule 9014 of the Federal Rules

of Bankruptcy Procedure and to seek relief authorized by 11 U.S.C. §362(d). This Court has

jurisdiction over this contested matter pursuant to 28 U.S.C. §1334(b) and this contested matter is

a core proceeding pursuant to28 U.S.C. §157(b)(2)(G).

3.

At the Petition Date, Debtor Tonia Berry had been involved in an automobile collision with

Movant Bowen Strahan which occurred on or about November 21, 2014, and which caused serious injuries to Movant.

4.

On August 3, 2016, Movant filed his personal injury action against Debtor Tonia Berry in the Superior Court of Paulding County, *to wit:* <u>Bowen Strahan v. Tonia Berry, John Doe, and ABC Corp.</u> with Civil Action No. 16-CV-001950 (the "Civil Action"). A copy of the Complaint initiating said action against Tonia Berry is attached hereto as Exhibit "A."

5.

At the time the Civil Action was filed, Movant had no knowledge that Debtor Tonia Berry had a pending bankruptcy. Movant only learned of the bankruptcy on April 12, 2017, when the attorneys representing Debtor Tonia Berry in the Civil Action filed their Notice of Suggestion of Bankruptcy and Automatic Stay of Proceedings Against Defendant Tonia Berry which is attached hereto as Exhibit "B."

6.

Movant seeks relief from the automatic stay in order to proceed with the Civil Action against Debtor Tonia Berry for the purposes of liquidating his claims against Debtor Tonia Berry.

WHEREFORE, Movant requests that this Court enter an Order:

(1)    granting Movant relief from the automatic stay pursuant to 11 U.S.C. §362 so as to allow Movant to proceed with his rights under applicable non-bankruptcy law with respect to the above-referenced Civil Action;

(2)    permitting Movant to proceed against the Debtor in the Civil Action in order to liquidate his personal injury claim against Debtor;

(3)    providing that the Order granting this Motion shall not be stayed pursuant to the provisions of Bankruptcy Rule 4001(a)(3) but shall be effective immediately upon entry; and

(4)    granting Movant such other and further relief as may be equitable, proper and just.

This 24th day of July, 2017.

Respectfully submitted,

_/s/ Ashley B. Fournet_____
Ben C. Brodhead, Esq.
Georgia Bar No. 084127
Ashley B. Fournet, Esq.
Georgia Bar No. 271540
*Attorneys for Movant,*
*Bowen Strahan*

Brodhead Law, LLC
3350 Riverwood Parkway, Suite 2230
Atlanta, Georgia 30339
(404) 846-0100
ashley@brodheadlaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MICHAEL BERRY AND | ) | CASE NO. 15-40643-MGD |
| TONIA BERRY, | ) | |
| | ) | JUDGE DIEHL |
| Debtors. | ) | |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this date served a copy of **MOTION BY BOWEN STRAHAN**

**FOR RELIEF FROM STAY** upon all parties and counsel of record via electronic service through

the Electronic Document Filing System of the Northern District of Georgia Bankruptcy Court to the

following:

Matthew Thomas Berry, Esq.    Albert Clark Guthrie, Esq.
Susan H. Shiptenko, Esq.     Mary Ida Townson, Ch. 13 Trustee
Teresa R. Stephens, Esq.      Suite 2200
Matthew T. Berry & Associates   191 Peachtree Street, NE
Suite 600          Atlanta, GA 30303-1740
2751 Buford Highway
Atlanta, GA 30324

   This 24th day of July, 2017.

               Respectfully submitted,


               /s/ Ashley B. Fournet
Brodhead Law, LLC       Ben C. Brodhead, Esq.
3350 Riverwood Parkway, Suite 2230  Georgia Bar No. 084127
Atlanta, Georgia 30339      Ashley B. Fournet, Esq.
(404) 846-0100        Georgia Bar No. 271540
               *Attorneys for Movant,*
               *Bowen Strahan*